In the Matter of MANNY COLON, Appellant, v WILLIAM BRATTON, as Police Commissioner of the City of New York, Respondent. [638 NYS2d 910]

As we held in *Matter of Scott v Chief Med. Examiner of City of N. Y.* (179 AD2d 443, *lv denied* 79 NY2d 758, *cert denied* 506 US 891) and *Matter of Johnson v New York City Police Dept.* (220 AD2d 320), DD5 reports are exempted from FOIL disclosure by Public Officers Law § 87 (2) (g) (iii). Concur—Milonas, J. P., Kupferman, Nardelli and Mazzarelli, JJ.